UNITED STATES DISTRICT COURT

**FILED**

JAN 2 0 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Larry Lyle Lasko, )
)
      Plaintiff, )
)
      v. )    Civil Action No. **12 0093**
)
Thomas J. McAvoy *et al.*, )
)
      Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915A (requiring dismissal of a prisoner's complaint upon a determination that the complaint fails to state a claim upon which relief may be granted or seeks monetary relief from an immune defendant).

Plaintiff is a prisoner at the United States Penitentiary in Terre Haute, Indiana, suing Senior Judge Thomas J. McAvoy of the United States District Court for the Northern District of New York and Chief Judge Gary L. Sharpe of that same court for $20 million in damages.[1] Compl. ¶¶ 6-7; *id.* at 13. The complaint arises from defendants' rulings in court proceedings. *See generally* Compl. ¶¶ 8-15.

Judges are absolutely immune from lawsuits predicated, as here, on their official acts. *Forrester v. White*, 484 U.S. 219, 225 (1988); *Stump v. Sparkman*, 435 U.S. 349, 355-57 (1978); *Sindram v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir. 1993). Furthermore, a federal district court

---

[1] Plaintiff mistakenly identifies the defendants as Chief Judge McAvoy and Magistrate Judge Sharpe. Compl. Caption. Judge McAvoy served as Chief Judge from 1993 to 2000; Judge Sharpe is the current Chief Judge.

lacks subject matter jurisdiction to review the decisions of another district court. *See* 28 U.S.C.

§§ 1331, 1332 (general jurisdictional provisions); *Fleming v. United States*, 847 F. Supp. 170,

172 (D.D.C. 1994), *cert. denied* 513 U.S. 1150 (1995). Accordingly, this case will be dismissed.

A separate Order accompanies this Memorandum Opinion.

Date: January 17, 2012

United States District Judge
J. Bowling